UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
UNITED STATES OF AMERICA ex rel.      :    14CV4548 (DLC)
MICHAEL J. DAUGHERTY,                 :
                                      :         ORDER
              Plaintiff,              :
                                      :
      -v-                             :
                                      :
TIVERSA HOLDNG CORP., TIVERSA         :
GOVERNMENT INC., and ROBERT BOBACK,   :
                                      :
              Defendants.             :
                                      :
-------------------------------------X

DENISE COTE, District Judge:

   By notice dated March 20, 2018, the United States of America has opted not to intervene in the above-captioned qui tam action against the defendants and requested that the case be unsealed 30 days from the entry of that Order. Accordingly, it is hereby

   ORDRED that the seal shall be lifted. The complaint, filed under seal as document #1, shall be unsealed and the true caption of the case shall be listed on the docket sheet.

Dated:   New York, New York
         April 20, 2018

                                        _____
                                                 DENISE COTE
                                        United States District Judge