USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/23/18

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA )
*Ex rel.* Michael J. Daugherty, )
)      Civil Action No. 14-CV-4548 (DLC)
      Plaintiff and Relator, )
)      Judge Denise Cote
v. )
)
TIVERSA HOLDING CORP., TIVERSA ) **FILE UNDER SEAL**
GOVERNMENT INC. AND ROBERT )      Pursuant to 31 U.S.C. § 3730(b)(2)
BOBACK, )
)      **DO NOT SERVE**
)      **DO NOT PUT ON PACER**
      Defendants. )

## [PROPOSED] ORDER

James W. Hawkins has declared that he is a member in good standing of the bar of the state of Georgia; and that his/her contact information is as follows:

James W. Hawkins
11339 Musette Circle
Alpharetta, GA 30009
V: 678-697-1278
F: 678-540-4515
jhawkins@jameswhawkinsllc.com

James W. Hawkins having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff and Relator Michael J. Daugherty in the above entitled action;

**IT IS HEREBY ORDERED** that James W. Hawkins is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the *Pro Hac Vice* fee to the Clerk of Court.

So ordered.

*Denise Cote*
April 18, 2018

The Honorable Denise L. Cote
UNITED STATES DISTRICT JUDGE

COPIES SENT TO:

James W. Hawkins
11339 Musette Circle
Alpharetta, GA 30009

Jean-David Barnea
Assistant U.S. Attorney
U.S. Attorney's Office - Civil Division
86 Chambers Street
New York, NY 10007