# Exhibit C

[ Print ]  [ Close ]  [ Help ]

**Transaction Information**

| | | | | | |
|---|---|---|---|---|---|
| Award Type: | Definitive Contract | Prepared Date: | 07/29/2011 12:33:17 | Prepared User: | 7013YNGOMTSA |
| Award Status: | Final | Last Modified Date: | 08/08/2011 07:33:46 | Last Modified User: | 7013YNGOMTSA |
| Closed Status: | Yes | Closed Status Date: | 12/04/2013 14:12:04 | Closed By: | 7013PAZIZI5 |

**Document Information**

| | Agency | Procurement Identifier | Modification No | Trans No |
|---|---|---|---|---|
| Award ID: | 7013 | HSTS0311CCIO554 | 0 | 0 |
| Referenced IDV ID: | | | | |

Reason For Modification:

Solicitation ID:

| | Agency Identifier | Main Account | Sub Account | | Initiative |
|---|---|---|---|---|---|
| Treasury Account Symbol: | 70 | 0554 | | | Select One |

**Dates** | **Amounts**

| | | | |
|---|---|---|---|
| Date Signed: | 08/03/2011 | Action Obligation: | $324,000.00 |
| Effective Date: | 08/03/2011 | Base And Exercised Options Value: | $324,000.00 |
| Completion Date: | 08/02/2012 | Base and All Options Value (Total Contract Value): | $1,548,000.00 |
| Est. Ultimate Completion Date: | 08/02/2012 | Fee Paid for Use of Indefinite Delivery Vehicle: | $0.00 |

**Purchaser Information**

| | | | |
|---|---|---|---|
| Contracting Office Agency ID: | 7013 | Contracting Office Agency Name: | TRANSPORTATION SECURITY ADMINISTRATION |
| Contracting Office ID: | 00020 | Contracting Office Name: | OFFICE OF ACQUISITION |
| Funding Agency ID: | 7013 | Funding Agency Name: | TRANSPORTATION SECURITY ADMINISTRATION |
| Funding Office ID: | 00020 | Funding Office Name: | OFFICE OF ACQUISITION |
| Foreign Funding: | Not Applicable | | |

**Contractor Information**

SAM Exception:  [ Remove Exception ]

| | | | |
|---|---|---|---|
| DUNS No: | 601636744 | Street: | 144 EMERYVILLE DR STE 300 |
| Vendor Name: | TIVERSA INC. | Street2: | |
| DBAN: | | City: | CRANBERRY TOWNSHIP |
| | | State: | PA   Zip: 160665015 |
| | | Country: | UNITED STATES |
| | | Phone: | (724) 940-9030 |
| | | Fax No: | (724) 940-9033 |
| | | Congressional District: | PENNSYLVANIA 04 |

[ Show Details ]

**Business Category**

| | |
|---|---|
| Organization Type | CORPORATE NOT TAX EXEM |
| Number of Employees | 16 |
| State of Incorporation | PA |
| Country of Incorporation | USA |
| Annual Revenue | $2,385,000 |

**Business Types**
✓ Corporate Entity, Not Tax Exempt
**Relationship With Federal Government**
✓ Contracts
**Organization Factors**
✓ For Profit Organization

**Contract Data**

| | |
|---|---|
| Type of Contract: | Firm Fixed Price |
| Inherently Governmental Functions: | |
| Multiyear Contract: | No |
| Major Program: | |
| National Interest Action: | None |
| Cost Or Pricing Data: | No |
| Purchase Card Used As Payment Method: | No |
| Undefinitized Action: | No |
| Performance Based Service Acquisition: | Not Applicable |
| *FY 2004 and prior; 80% or more specified as performance requirement | |
| *FY 2005 and later; 50% or more specified as performance requirement | |
| Contingency Humanitarian Peacekeeping Operation: | Not Applicable |
| Contract Financing: | Select One |
| Cost Accounting Standards Clause: | Not Applicable exempt from CAS |
| Consolidated Contract: | No |
| Number Of Actions: | 1 |

Legislative Mandates          **Principal Place of Performance**

| | | | | |
|---|---|---|---|---|
| Clinger-Cohen Act: | No | | | |
| Service Contract Act: | Not Applicable | | | |
| Walsh-Healey Act: | No | | | |
| Davis Bacon Act: | No | | | |
| Interagency Contracting Authority: | Not Applicable | | | |

**Other Interagency Contracting Statutory Authority:**
*(1000 characters)*

|  | State | Location | Country |
|---|---|---|---|
| Principal Place Of Performance Code: | PA | | USA |
| Principal Place Of Performance County Name: | BUTLER | | |
| Principal Place Of Performance City Name: | CRANBERRY TOWNSHIP | | |
| Congressional District Place Of Performance: | 04 | | |
| Place Of Performance Zip Code(+4): | 16066 | - | 5015 |

### Product Or Service Information

| | | | |
|---|---|---|---|
| Product/Service Code: | 7030 | Description: | ADP SOFTWARE |
| Principal NAICS Code: | 541519 | Description: | OTHER COMPUTER RELATED SERVICES |
| Bundled Contract: | Not a bundled requirement | | |
| DOD Acquisition Program: | | | |
| Country of Product or Service Origin: | USA | UNITED STATES | |
| Place of Manufacture: | Mfg in U.S. | | |
| Domestic or Foreign Entity: | U.S. Owned Business | | |
| Recovered Materials/Sustainability: | No Clauses Included and No Sustainability Included | OMB Policy on Sustainable Acquisition | |
| InfoTech Commercial Item Category: | Select One | | |
| Claimant Program Code: | | Description: | |
| Sea Transportation: | Select One | | |
| GFP Provided Under This Action: | Transaction does not use GFP | | |
| Use Of EPA Designated Products: | Not Required | | |

**Description Of Requirement:**
*(4000 characters)*

```
Attn:  Kristin Fuller (CO)

Efforts are underway to procure a peer-to-peer (P2P)
intelligence monitoring and detection services for the purpose of
monitoring and locating
exposed files such as sensitive type files, determining file
sources and help in remediation and/or risk mitigation. Data
breaches of any kind can present a number of challenges to our
organization and timeliness is critical in procuring this
capability.  Having this capability will allow the service
provider to preempt a P2P.

For questions, contact Carl Shirley on 571-227-3749.
```

### Competition Information

| | |
|---|---|
| Extent Competed For Referenced IDV: | |
| Extent Competed: | Not Competed |
| Solicitation Procedures: | Only One Source |
| Type Of Set Aside: | No set aside used. |
| Evaluated Preference: | No Preference used |
| SBIR/STTR: | Select One |
| Fair Opportunity/Limited Sources: | Select One |
| Other Than Full And Open Competition: | Unique Source (FAR 6.302-1(b)(1)) |
| Local Area Set Aside: | No |
| FedBizOpps: | No |
| A76 Action: | No |
| Commercial Item Acquisition Procedures: | Commercial Item |
| Number Of Offers Received: | 1 |
| Small Business Competitiveness Demonstration Program: | ☐ |
| Commercial Item Test Program: | No |
| Preference Programs / Other Data | |
| Contracting Officer's Business Size Selection: | Small Business |
| Subcontract Plan: | Plan Not Required |
| Price Evaluation Percent Difference: | 0   % |