**From: Shaw, Jarrod D.** JShaw@mcguirewoods.com
**Subject:** Tiversa - Custodian Collection and Review
**Date:** October 7, 2017 at 7:33 AM
**To:** Jim Hawkins jhawkins@jameswhawkinsllc.com
**Cc:** Zagari, Natalie L. NZagari@mcguirewoods.com

JS

Jim,

My view on discovery is to take a front end approach to try and reach resolutions prior to motion practice.  As such, I think resolving ESI collection/review rather than Defendant self-selecting search terms will help avoid any such motions.

## Custodians

Given your requests, there are 13 custodians for whom Tiversa will collect and process data: They include:

- Boback
- Tagliaferri
- Trunzo
- Chopra
- Czarnecki
- Dean
- Schuck
- Ways
- Tormasi
- Schultz
- Hopkins
- Kopchak
- Wallace

Given this number of custodians, the total volume of data is 350-400 GB prior to any search term/date range applications.  Although it is impossible to determine a number of documents per/GB because of varying file types, estimates place that range anywhere from 2,500 to over 5,000 per GB (https://catalystsecure.com/blog/2017/04/how-many-documents-in-a-gigabyte-our-latest-analysis-shows-a-shifting-pattern/).  Using these rough numbers, the data set could potentially include document totals ranging from 875,000 to over 2 million.  And, this does not account for document length or the cost for processing/hosting and reviewing those documents.

## Search Terms

As a result, we would propose proceeding with the application of search terms to reduce the data set and focus on relevant information for the two defamatory statements at issue in this litigation.  To that end, we propose the following search terms.  We are welcome to you proposing additional terms to the extent they are relevant to the litigation.  Our proposal includes:

Search terms (plus variations of the following)
·  1718 insurance /s aging /s file

- · LimeWire
- · LabMD
- · Daugherty
- · Wall Street Journal, WSJ, variations thereof
- · Pathology Blawg
- · FTC

Again, if you have additional terms you would like us to consider, please let us know.

**Date Range**

4/1/2008 through 1/8/2016.

Please let us know if you are agreeable with this approach or you think any of the above should be adjusted.

Jarrod

**Jarrod D. Shaw**
Partner
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222-3142
T:  +1 412 667 7907
F:  +1 412 402 4193
jshaw@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

McGuireWoods

---

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*