# Exhibit H-1

# Fwd: Pricing and contact info

**From:**      Scott Harrer <sharrer@tiversa.com>
**To:**        Robert Boback <rboback@tiversa.com>
**Date:**      Thu, 01 Apr 2010 13:06:46 -0400

New inbound! Thought you might want to hand off to Rick or Andy.

Sent from my handheld. Please excuse brevity.

Begin forwarded message:


**From:** "Beauchamp, Dale " <Dale.Beauchamp@dhs.gov>
**Date:** April 1, 2010 12:41:23 PM EDT
**To:** <info@tiversa.com>
**Subject: Pricing and contact info**


Please provide a contact person to discuss searching p2p for TSA related
data

Thanks

Dale Beauchamp
Branch Chief
Focused Operations

Technical Services Section
Information Assurance Division (IAD)
Office of Information Technology OIT, TSA/DHS
Email: dale.beauchamp@dhs.gov
Phone: 571-227-5328
BB: 202-596-0486


The contents of this correspondence shall not be interpreted as
contractual direction by the U.S. Department of Homeland Security /
Transportation Security Administration (TSA); should there be any
question regarding this technical direction being outside approved
contractual scope please contact the TSA Contracting Officer who is the
sole source of  contractual direction from TSA prior to the start of the
activities. This correspondence is For Official Use Only.

## RE: TSA on the 23rd

**From:** Molly Trunzo <mtrunzo@tiversa.com>
**To:** James Tormasi <jtormasi@tiversa.com>; Robert Boback <rboback@tiversa.com>; Samuel Hopkins <shopkins@tiversa.com>; Keith Tagliaferri <ktagliaferri@tiversa.com>
**Date:** Wed, 07 Apr 2010 09:39:06 -0400

Everyone looks like they are open on their schedules.


Molly Trunzo
*Executive Assistant to the CEO*

**Tiversa, Inc.**
*The P2P Intelligence Experts*

144 Emeryville Drive, Suite 300
Cranberry Township, Pennsylvania 16066
| 724-940-9030 Office    | 724-940-9033 Fax
www.tiversa.com

This e-mail message and any attachments contain confidential information from Tiversa, Inc. If you are not the intended recipient, you are hereby notified that disclosure, printing, copying, distribution, or the taking of any action in reliance on the contents of this electronic information is strictly prohibited. If you have received this e-mail message in error, please immediately notify the sender by reply message and then delete the electronic message and any attachments.

---

**From:** James Tormasi
**Sent:** Wednesday, April 07, 2010 9:29 AM
**To:** Robert Boback; Samuel Hopkins; Keith Tagliaferri; Molly Trunzo
**Subject:** TSA on the 23rd

The TSA has proposed to meet up here on the 23rd of April. Does this work for everyone?

J. Andrew Tormasi
*Federal Project Manager*

**Tiversa, Inc.**
*The P2P Intelligence Experts*
144 Emeryville Drive, Suite 300
Cranberry Township, Pennsylvania 16066
| 724-940-9030 Office    | 330-962-8173 Cell
www.tiversa.com

This e-mail message and any attachments contain confidential information from Tiversa, Inc. If you are not the intended recipient, you are hereby notified that disclosure, printing, copying, distribution, or the taking of any action in reliance on the contents of this electronic information is strictly prohibited. If you have received this e-mail message in error, please immediately notify the sender by reply message and then delete the electronic message and any attachments.

# Re: SAIC/Tiversa

| | |
|---|---|
| **From:** | "Giesler, Robert J." <robert.j.giesler@saic.com> |
| **To:** | rboback@tiversa.com |
| **Date:** | Wed, 07 Apr 2010 07:34:45 -0400 |

Bob, i'm sure we have something for TSA. We're checking now. Will give you a call later this week to catch up.

Hope all is going well!

Bob
Robert J. Giesler
VP for Cyber Programs
SAIC
703-676-6384 (ofc)
410-900-7680 (mob)

---

**From**: Robert Boback <rboback@tiversa.com>
**To**: Giesler, Robert J.
**Sent**: Tue Apr 06 12:18:32 2010
**Subject**: SAIC/Tiversa

Hi Bob,

I hope that you made it back from the UK safely and had a great holiday weekend.  We had an inbound request for our services from TSA and we may need a vehicle to use for the contract.  Not sure if you have one that will work but I am assuming so.  I look forward to catching up when you have the time.

Best Regards,
Bob

Robert Boback
*Chief Executive Officer*

**Tiversa, Inc.**
*The P2P Intelligence Experts*
144 Emeryville Drive, Suite 300
Cranberry Township, Pennsylvania 16066
| 724-940-9030 Office    | 724-940-9033 Fax

TIVSDNY - 007799

## TSA on the 23rd

**From:**   James Tormasi <jtormasi@tiversa.com>
**To:**   Keith Tagliaferri <ktagliaferri@tiversa.com>; Robert Boback <rboback@tiversa.com>; Scott Harrer <sharrer@tiversa.com>; Anju Chopra <achopra@tiversa.com>; Mike Carulli <mcarulli@tiversa.com>; Orion Czarnecki <oczarnecki@tiversa.com>; Rick Wallace <rwallace@tiversa.com>; Dan Kopchak <dkopchak@tiversa.com>; Molly Trunzo <mtrunzo@tiversa.com>; tvasquez@tiversa.com
**Date:**   Wed, 07 Apr 2010 14:55:58 -0400

All,

TSA representatives will be arriving here at Tiversa around 11:00 on Friday the 23rd. The majority of the time will be spent in the conference room with some short demos in the Ops Room.

Thanks,

Andy

J. Andrew Tormasi
*Federal Project Manager*

**Tiversa, Inc.**
*The P2P Intelligence Experts*
144 Emeryville Drive, Suite 300
Cranberry Township, Pennsylvania 16066
| 724-940-9030 Office    | 330-962-8173 Cell
www.tiversa.com

This e-mail message and any attachments contain confidential information from Tiversa, Inc. If you are not the intended recipient, you are hereby notified that disclosure, printing, copying, distribution, or the taking of any action in reliance on the contents of this electronic information is strictly prohibited. If you have received this e-mail message in error, please immediately notify the sender by reply message and then delete the electronic message and any attachments.

# Fwd: Conference Call with TSA

**From:** Rick Wallace <imceaex-
_o=tiversa_ou=first+20administrative+20group_cn=recipients_cn=rwallace@tiversa.com>
**To:** Robert Boback <rboback@tiversa.com>
**Date:** Mon, 26 Apr 2010 20:40:47 -0400

Sent from my iPhone

Begin forwarded message:

**From:** "Maier, Greg" <William.Maier@dhs.gov>
**Date:** April 26, 2010 8:34:48 PM EDT
**To:** <jtormasi@tiversa.com>, <dkopchak@tiversa.com>, <rwallace@tiversa.com>
**Subject: Conference Call with TSA**

Gentlemen,

   Would you have time for a Conference Call in the morning to discuss our path forward?   How about 9:30 – 10:00?

Thanks

**W. Gregory Maier, CISSP**

Assistant Director, Technical Services

Information Assurance Division (IAD)

Office of Information Technology (OIT)

Transportation Security Administration (TSA)

Email:  **william.maier@dhs.gov**

Cell:    **202.384.6866**

Desk:  **571.227.4056**

The contents of this correspondence shall not be interpreted as contractual direction by the U.S. Department of Homeland Security / Transportation Security Administration (TSA); should there be any question regarding this technical direction being outside approved contractual scope please contact the TSA Contracting Officer who is the sole source of  contractual direction from TSA prior to the start of the activities. This correspondence is For Official Use Only.

## RE: Additional meeting

**From:**        Dan Kopchak <dkopchak@tiversa.com>
**To:**             Robert Boback <rboback@tiversa.com>
**Date:**         Tue, 27 Apr 2010 08:45:38 -0400

1.  Remove takedown services and fees entirely

Or

2.  Incorporate takedown service into Proposed Services and eliminate the separate pricing?

They seemed interested in TDs as part of the service so I would do 2 unless you guys would like TD removed altogether.

Dan Kopchak


-----Original Message-----
From: Robert Boback
Sent: Tuesday, April 27, 2010 8:44 AM
To: Dan Kopchak
Subject: Re: Additional meeting

Thanks

Sent from my iPhone

On Apr 27, 2010, at 8:41 AM, "Dan Kopchak" <dkopchak@tiversa.com> wrote:

> Ok - will send to Andy shortly.
>
> Dan Kopchak
>
>
> -----Original Message-----
> From: Robert Boback
> Sent: Tuesday, April 27, 2010 8:42 AM
> To: Dan Kopchak
> Subject: Re: Additional meeting
>
> I am still on for the noon call.   Will you take out the 100 for
> takedowns from the TSA contract.  That feels like gouging to me.  They
> may also have trouble with the 350 for forensics as well since they
> can't budget for that, but let's see what they say.  Send a clean copy
> to Andy once you take out the takedown section.  He can then forward
> it on to them so that we can move this forward during our meeting at
> 1....hopefully.
> Thanks
> Bob
>
> Sent from my iPhone
>
> On Apr 27, 2010, at 8:34 AM, "Dan Kopchak" <dkopchak@tiversa.com>
> wrote:

TIVSDNY - 007842

>
>> Bob -
>>
>> Hope all is going well in DC.
>>
>> Are you still able to do the noon Gromley call?  If you cannot and
>> would like to reschedule let me know, otherwise, Eric and I can take
>> it and you can join and drop as your schedule requires.
>>
>> Let me know if you guys need anything from here.
>>
>> Thanks.
>>
>> Dan
>>
>> Daniel J. Kopchak
>> Vice President - Finance
>>
>> Tiversa, Inc.
>> The P2P Intelligence Experts
>> 144 Emeryville Drive, Suite 300
>> Cranberry Township, Pennsylvania 16066
>> |  724-940-9030 x229 Office  |  724-940-9033 Fax  |
>> www.tiversa.com  |
>>
>>
>> This e-mail message and any attachments contain confidential
>> information from Tiversa, Inc. If you are not the intended
>> recipient, you are hereby notified that disclosure, printing,
>> copying, distribution, or the taking of any action in reliance on
>> the contents of this electronic information is strictly prohibited.
>> If you have received this e-mail message in error, please
>> immediately notify the sender by reply message and then delete the
>> electronic message and any attachments.
>>
>> -----Original Message-----
>> From: Rick Wallace
>> Sent: Monday, April 26, 2010 9:19 PM
>> To: Robert Boback; James Tormasi; Samuel Hopkins; Rick Wallace; Dan
>> Kopchak; Molly Trunzo
>> Subject: Additional meeting
>>
>> 1pm Tomorrow
>>
>> TSA
>> 601 south 12 street
>> Arlington, VA 21598
>> Pentagon City
>>
>> Sent from my iPhone

# FW: TSA Monitoring - 042710.1

| | |
|---|---|
| **From:** | Keith Tagliaferri <ktagliaferri@tiversa.com> |
| **To:** | James Tormasi <jtormasi@tiversa.com> |
| **Date:** | Thu, 29 Apr 2010 12:54:10 -0400 |
| **Attachments:** | TSA Monitoring - 042710.1.doc (2.14 MB) |

This was never actually sent to TSA, correct?

---

**From:** Dan Kopchak
**Sent:** Tuesday, April 27, 2010 9:10 AM
**To:** Keith Tagliaferri
**Subject:** FW: TSA Monitoring - 042710.1

Updated proposal for your info – changes made are described below.

Dan Kopchak

---

**From:** Dan Kopchak
**Sent:** Tuesday, April 27, 2010 9:02 AM
**To:** James Tormasi
**Cc:** Robert Boback
**Subject:** TSA Monitoring - 042710.1

Andy –

Per e-mails with Bob, I

1. Moved Optional Services – Takedowns to Proposed Services section (after monitoring services and before honeypot services)
2. Removed reference to additional fees from the Takedown intro paragraph. and
3. Updated Investment section to remove separate pricing for takedown and reference takedown in base pricing of $30k/mo.

Let me know if this works.

Pdf will be sent in 1 minute.

Dan

Daniel J. Kopchak
*Vice President - Finance*

**Tiversa, Inc.**
*The P2P Intelligence Experts*
144 Emeryville Drive, Suite 300
Cranberry Township, Pennsylvania 16066
| 724-940-9030 x229 Office | 724-940-9033 Fax | www.tiversa.com |

TIVSDNY - 005381

This e-mail message and any attachments contain confidential information from Tiversa, Inc. If you are not the intended recipient, you are hereby notified that disclosure, printing, copying, distribution, or the taking of any action in reliance on the contents of this electronic information is strictly prohibited. If you have received this e-mail message in error, please immediately notify the sender by reply message and then delete the electronic message and any attachments.

TIVSDNY - 005382

# Re: Introduction

**From:**     "Giesler, Robert J." <robert.j.giesler@saic.com>
**To:**       Robert Boback <rboback@tiversa.com>
**Date:**     Wed, 28 Apr 2010 16:53:00 -0400

Bob, looking for the TSA vehicle now.

Swivel is the internal code name we have assigned to you to protect our discussions. I will look forward to hear how your discussions with Matt go. He's a great guy and CS is a super platform to build off of.

Bob
Robert J. Giesler
VP for Cyber Programs
SAIC
703-676-6384 (ofc)
410-900-7680 (mob)

---

**From**: Robert Boback <rboback@tiversa.com>
**To**: Giesler, Robert J.
**Sent**: Wed Apr 28 15:58:55 2010
**Subject**: FW: Introduction

Bob,

See Matt's email below.  Not sure what he is referring to when he is discussing "Swivel" below.  Since he mentioned that this may have been previously covered by you, I figured that I would reach out to you to see if you knew.  My thinking is that he is referring to "Tiversa" as "Swivel."  As a precursor to that conversation, we have investigated CloudShield's platform and we have come up with some very exciting opportunities to generate significant revenue, both in the federal space and enterprise/SMB space utilizing the CloudShield platform and one of our issued patents (that we originally developed for use with Cisco).  It could significantly add to both organizations.

On another note, we met yesterday with TSA and they are interested in moving forward with a contract.  They asked what integrators we work with and we mentioned SAIC among others.  I would like to run this through SAIC, if possible, but I wasn't sure what contract SAIC has in place to accommodate our service.  They are set to go but they need a vehicle.  Hopefully, you can make a suggestion.

Hope all is well.

Best Regards,
Bob

Robert Boback
*Chief Executive Officer*

**Tiversa, Inc.**
*The P2P Intelligence Experts*
144 Emeryville Drive, Suite 300
Cranberry Township, Pennsylvania 16066
| 724-940-9030 Office    | 724-940-9033 Fax

# FW: TSA Monitoring - 042910

| | |
|---|---|
| **From:** | Rick Wallace <imceaex-_o=tiversa_ou=first+20administrative+20group_cn=recipients_cn=rwallace@tiversa.com> |
| **To:** | Robert Boback <rboback@tiversa.com> |
| **Date:** | Thu, 29 Apr 2010 14:49:13 -0400 |
| **Attachments:** | TSA Monitoring - 042910.doc (2.14 MB) |

---

**From:** Dan Kopchak
**Sent:** Thursday, April 29, 2010 2:02 PM
**To:** Rick Wallace
**Subject:** TSA Monitoring - 042910

Rick –

Updated SOW for TSA is attached.  You'll note the following changes:

- Forensic Investigation Cases (up to 10 per month) are included in monthly fee; FICs in excess of 10 per month are billed at preferred customer hourly rate
- Term changed to 1 year with auto-extension provision to an additional 4 year term.
- Fee reduced to $29,750 per month

Regards.

Dan

Daniel J. Kopchak
*Vice President - Finance*

**Tiversa, Inc.**
*The P2P Intelligence Experts*
144 Emeryville Drive, Suite 300
Cranberry Township, Pennsylvania 16066
| 724-940-9030 x229 Office  | 724-940-9033 Fax  |  www.tiversa.com  |

This e-mail message and any attachments contain confidential information from Tiversa, Inc. If you are not the intended recipient, you are hereby notified that disclosure, printing, copying, distribution, or the taking of any action in reliance on the contents of this electronic information is strictly prohibited. If you have received this e-mail message in error, please immediately notify the sender by reply message and then delete the electronic message and any attachments.

TIVSDNY - 007706

# FW: TSA Monitoring - 042910.1

| | |
|---|---|
| **From:** | Dan Kopchak <dkopchak@tiversa.com> |
| **To:** | Keith Tagliaferri <ktagliaferri@tiversa.com>; James Tormasi <jtormasi@tiversa.com> |
| **Cc:** | Robert Boback <rboback@tiversa.com> |
| **Date:** | Thu, 29 Apr 2010 16:32:20 -0400 |
| **Attachments:** | TSA Monitoring - 042910.1.doc (2.14 MB) |

Post –conference call version of SOW.

Dan Kopchak

---

**From:** Dan Kopchak
**Sent:** Thursday, April 29, 2010 4:00 PM
**To:** Rick Wallace
**Subject:** TSA Monitoring - 042910.1

The Term in the "Period of Performance"  section has been updated as requested on the conf. call.

Dan

Daniel J. Kopchak
*Vice President - Finance*

**Tiversa, Inc.**
*The P2P Intelligence Experts*
144 Emeryville Drive, Suite 300
Cranberry Township, Pennsylvania 16066
| 724-940-9030 x229 Office | 724-940-9033 Fax | www.tiversa.com |

This e-mail message and any attachments contain confidential information from Tiversa, Inc. If you are not the intended recipient, you are hereby notified that disclosure, printing, copying, distribution, or the taking of any action in reliance on the contents of this electronic information is strictly prohibited. If you have received this e-mail message in error, please immediately notify the sender by reply message and then delete the electronic message and any attachments.