# Exhibit I



# TIVERSA.

## Tiversa / Transportation Security Administration
### Kick-Off Discussion

| **Tiversa P2P Breach Detection™**
 P2P Security, Monitoring, Intelligence & Forensic Services

**Prepared for Transportation Security Administration**
August 2011



PENGAD 800-631-6989

TIVSDNY - 009603

EXHIBIT

# P2P Networks Overview

TIVSDNY - 009604

TI ERSA

# P2P Applications – Over 220 Globally



TIV-SDNY - 009605



Page 3

# P2P applications are not the Web

### WW Web
*"Always On & Stable"*





 

  

 

### P2P File Sharing
*"Transient & Fluid"*



 

 





TIVSDNY - 009606

Not For Distribution

# How much data are you missing if you monitor "the Internet" but choose to ignore P2P?



Sources: Ipoque/CacheLogic

..... up to 70%.......



TIVSDNY - 009607

# How large is P2P?

Over **30 million** P2P applications are downloaded **per year**

Over **450 million** P2P users globally



Over **500,000** P2P applications are downloaded **per week**





Connects to over **20 million** P2P users at any given **second**.

Downloads an average of **100,000** documents **per day** on the P2P networks.

Has detected over **28 million** SSNs on the P2P networks

Records an average of **1.6 billion searches per day** on the P2P networks.

Downloaded over **33 million** exposed document files (xls, doc, ppt, pdf, etc.) from the P2P file-sharing networks within a **twelve month period**.



TIVSDNY - 009608

Not For Distribution

# Screenshot of LimeWire P2P Application - Music

**LimeWire: Enabling Open Information Sharing**

File   View   Navigation   Resources   Tools   Filters   Help

Search | Monitor | Connections | Library

*LimeWire PRO*

Filter Results:
X Bruce Springsteen (195)

| Quality | # | | Name | Type | Size | Speed | Location |
|---|---|---|---|---|---|---|---|
| ★★★★★ | 14 | | Bruce Springsteen - Walking in Memphis | mp3 | 4,040 KB | T3 or Higher | Multiple (14) |
| ★★★★★ | 14 | | Bruce Springsteen - I'm On Fire | mp3 | 2,520 KB | T3 or Higher | Multiple (14) |
| ★★★★★ | 12 | | Bruce Springsteen - Glory Days | mp3 | 3,681 KB | T3 or Higher | Multiple (12) |
| ★★★★★ | 6 | | Bruce Springsteen - Streets of Philadelphia | mp3 | 3,075 KB | T3 or Higher | Multiple (6) |
| ★★★★★ | 5 | | LIMEWIRE LAWSUIT WARNING - VISIT www.zapshares.com | ... mp3 | 869.1 MB | T3 or Higher | Multiple (5) |
| ★★★★★ | 6 | | Bruce Springsteen - Dancing In The Dark | mp3 | 3,796 KB | T3 or Higher | Multiple (5) |
| ★★★★★ | 4 | | Bruce Springsteen - Born To Run | mp3 | 4,241 KB | T3 or Higher | Multiple (4) |
| ★★★★★ | 4 | | Bruce Springsteen - Born in the USA | mp3 | 4,393 KB | T3 or Higher | Multiple (4) |
| ★★★★★ | 3 | | LIMEWIRE IDENTITY THEFT WARNING - VISIT www.zapshares.co... | mp3 | 771.7 MB | T3 or Higher | Multiple (3) |
| ★★★★★ | 3 | | Bruce Springsteen - Pink Cadillac | mp3 | 3,384 KB | T3 or Higher | Multiple (3) |
| ★★★★★ | 3 | | Bruce Springsteen - Thunder Road | mp3 | 4,501 KB | T3 or Higher | Multiple (3) |
| ★★★★★ | 2 | | LIMEWIRE LAWSUIT WARNING - VISIT www.zapshares.com | ... mp3 | 976.0 MB | T3 or Higher | Multiple (2) |
| ★★★★★ | 2 | | Bruce Springsteen - Thunder Road (acoustic live) | mp3 | 5,366 KB | T1 | Multiple (2) |
| ★★★★★ | 2 | | Bruce Springstein - The Boys Are Back In Town | mp3 | 4,192 KB | T3 or Higher | Multiple (2) |
| ★★★★★ | 2 | | Bruce Springsteen - Blinded By The Light | mp3 | 4,735 KB | T1 | Multiple (2) |
| ★★★★★ | 2 | | Bruce Springsteen - The River | mp3 | 4,700 KB | T1 | Multiple (2) |
| ★★★★★ | 2 | | Bruce Springsteen - Secret Garden | mp3 | 4,169 KB | T1 | Multiple (2) |
| ★★★★★ | | | Bruce Springsteen - Born in the USA | mp3 | 4,398 KB | T1 | Multiple (2) |
| ★★★★★ | | | LIMEWIRE LAWSUIT WARNING - VISIT www.zapshares.com | ... mp3 | 871.3 MB | T3 or Higher | 10.0.0.1:31128, 192.168.0.5:7867 |
| ★★★★★ | | | 15. Murder Incorporated | mp3 | 9,314 KB | T3 or Higher | Multiple (1) |
| ★★★★★ | | | Bruce Springsteen - The Wrestler | mp3 | 5,221 KB | Cable/DSL | 151.16.218.199 |
| ★★★★★ | | | Bruce Springsteen-Brilliant Disguise | mp3 | 3,997 KB | T3 or Higher | Multiple (1) |
| ★★★★★ | | | Marys Place | mp3 | 5,561 KB | T3 or Higher | Multiple (1) |
| ★★★★★ | | | Bruce Springsteen - Badlands | mp3 | 3,796 KB | Cable/DSL | 69.144.18.176 |
| ★★★★★ | | | 02-4th Of July, Asbury Park (Sandy) | mp3 | 8,614 KB | Cable/DSL | 75.110.76.207 |
| ★★★★★ | | | Peter Gabriel & Tracy Chapman & Sting & Bruce Springsteen - Get... | mp3 | 4,560 KB | T3 or Higher | 59.167.94.203 |

**Media**
All (3)
Audio
Programs
Video

**Artist**
All (12)
Andy Samberg & Will Ferrell
**Bruce Springsteen**
Bruce Springsteen & The E Stree
Bruce Springsteen and Sting
Bruce Springsteen and The E St
Bruce Springsteen/John Fogerty
Bruce Springstein
Bruce Springsting

**Album**
Born In The USA
Born To Run
**Bruce Springsteen Limewire**
Bruce Springsten Live 1975-85 (
Darkness On The Edge Of Town
Greatest Hits
Greatest Hits [Columbia]
Greetings from Asbury Park
Jerusalem

Back To Search

Download   Browse Host   Stop Search   Junk

Turbo-Charged Connection   0 @ 0 KB/s   0 @ 0 KB/s

A newer version is available, update?

TIVSDNY - 009609

Not For Distribution



# Screenshot of LimeWire P2P Application – Tax Returns



LimeWire: Enabling Open Information Sharing

File   View   Navigation   Resources   Tools   Filters   Help

Search   Monitor   Connections   Library   Console                    LimeWire PRO

Filter Results:          X tax return (420)

**Media**
All (4)
Audio
Documents
Programs
Video

Visit LimeWire.com for important updates.  More info...

| Quality | | | Name | Type | Size | Location | Bitrate |
|---|---|---|---|---|---|---|---|
| ★★★★ | | | 2005 Valderrama G Tax Return | pdf | 179.6 KB | 192.168.1.100 | |
| ★★★★ | | | 2005 Szczepanski E Tax Return | pdf | 119.5 KB | 192.168.1.100 | |
| ★★★★ | | | 2005 Luebbe S Tax Return | pdf | 42.1 KB | 192.168.1.100 | |
| ★★★★ | | | 2005 Luebbe A Tax Return | pdf | 26.9 KB | 192.168.1.100 | |
| ★★★★ | | | 2007 Carter R Tax Return | pdf | 156.3 KB | 192.168.7.70 | |
| ★★★★ | | | 2007 RAMUNNI J Tax Return | pdf | 216.6 KB | 68.107.194.45 | |
| ★★★★ | | | 2007 - Tax return | pdf | 345.2 KB | 24.14.12.186 | |
| ★★★★ | | | 2002 Tax Return | pdf | 34.9 KB | 24.14.12.186 | |
| ★★★★ | | | 2006 Desmond W Tax Return | pdf | 79.1 KB | 24.14.12.186 | |
| ★★★★ | | | 2007 Starling D Tax Return | pdf | 301.0 KB | 192.168.1.101 | |
| ★★★★ | | | 2007 Beverly D Tax Return | pdf | 95.6 KB | 192.168.7.70 | |
| ★★★★ | | | 2004 Valderrama G Tax Return | pdf | 73.2 KB | 192.168.1.100 | |
| ★★★★ | | | 2004 NESS M Tax Return | pdf | 41.5 KB | 192.168.1.100 | |
| ★★★★ | | | 2005 kink r Tax Return | pdf | 37.7 KB | 192.168.1.100 | |
| ★★★★ | | | 2005 Luebbe K Tax Return | pdf | 57.7 KB | 192.168.1.100 | |
| ★★★★ | | | 2005 PORTER S Tax Return | pdf | 62.1 KB | 192.168.1.100 | |
| ★★★★ | | | 2005 Tax Return For Figueroa | pdf | 482.1 KB | 192.168.1.100 | |
| ★★★★ | | | SA_Tax_Return | pdf | 724.8 KB | 192.168.1.100 | |
| ★★★ | | | Tax return | zip | 115.6 KB | Multiple (1) | |
| ★★★★ | | | 2007 Eddins L Tax Return | pdf | 105.0 KB | 10.0.0.101 | |
| ★★★★ | | | 2007 Diemert R Tax Return | pdf | 187.2 KB | 99.194.230.51 | |
| ★★★ | | | 2003 Retallack M Tax Return | tax | 335.8 KB | 70.161.133.121 | |
| ★★★★ | | | tax return documents 2006 | pdf | 62.2 KB | 67.167.210.177 | |
| ★★★★ | | | Tax return | zip | 115.6 KB | 84.98.117.4 | |
| ★★★★ | | | Webb s tax return | zip | 115.6 KB | Multiple (1) | |

**Artist**
All (2)
FreeOTRShows.com - Great Gil
Pimmon

Album (2 Options)

Back To Search

Download   Browse Host   Stop Search

Turbo-Charged Connection   0   0 @ 0 KB/s   0 @ 0 KB/s          A newer version is available, update?

TIVSDNY - 009610

Not For Distribution

# Screenshot of LimeWire P2P Application – Open Files



TIVSDNY - 009611

Not For Distribution

# My Documents Folder

My Documents

File Edit View Favorites Tools Help

Back Search Folders

Address My Documents

Folders

- Desktop
  - My Documents
    - camera
    - Downloads
    - My Google Gadgets
    - My Music
    - My Pictures
    - My Videos
    - Receipts
    - Sales Stats for Work
    - Word
      - Auto-Recover
  - My Computer
  - My Network Places
  - Recycle Bin
  - Files
- Desktop
- Desktop
- Desktop
- Desktop
- Desktop
  - My Documents
    - camera
    - Downloads
    - gegl-0.0
      - plug-ins
    - My Google Gadgets
    - My Music
    - My Pictures
    - My Videos
    - Receipts
    - Sales Stats for Work
    - Word
  - My Computer
  - My Network Places
  - Recycle Bin
  - Files

| Name | Size | Type |
|---|---|---|
| camera | | File Folder |
| Downloads | | File Folder |
| My Google Gadgets | | File Folder |
| My Music | | File Folder |
| My Pictures | | File Folder |
| My Videos | | File Folder |
| Receipts | | File Folder |
| Sales Stats for Work | | File Folder |
| Word | | File Folder |
| 2007 Tax Return.pdf | 69 KB | Adobe Acrobat Doc... |
| 2007_West_Virginia_Electronic_Filing_Form[1].pdf | 12 KB | Adobe Acrobat Doc... |
| 2007_West_Virginia_Return[1].pdf | 20 KB | Adobe Acrobat Doc... |
| 2008_West_Virginia_Electronic_Filing_Form.pdf | 12 KB | Adobe Acrobat Doc... |
| 2008_West_Virginia_Return.pdf | 16 KB | Adobe Acrobat Doc... |
| alicein chians - down in a hole.mp3 | 4,668 KB | MP3 Format Sound |
| American Express.doc | 24 KB | Microsoft Office Wo... |
| christmas 2005 009-.jpg | 2,870 KB | JPEG Image |
| christmas 2005 140-.jpg | 92 KB | JPEG Image |
| Credit.pdf | 2,327 KB | Adobe Acrobat Doc... |
| Employee Checklist CTC.doc | 61 KB | Microsoft Office Wo... |
| Experian March 15 2007-GS.pdf | 121 KB | Adobe Acrobat Doc... |
| Experian October 2006-GS.pdf | 119 KB | Adobe Acrobat Doc... |
| finances.xlsx | 9 KB | Microsoft Office Exc... |
| i1040ez.pdf | 249 KB | Adobe Acrobat Doc... |
| jaim at work.avi | 37 KB | Video Clip |
| jaime.avi | 3,042 KB | Video Clip |
| Lady GAga Poke face.mp3 | 8,490 KB | MP3 Format Sound |
| logins & Passwords.doc | 30 KB | Microsoft Office Wo... |
| Manager Packet CTC.doc | 64 KB | Microsoft Office Wo... |
| March-April Pictures 002-.jpg | 55 KB | JPEG Image |
| Medicare Prescription Drug Coverage For Dummies - (2008).pdf | 3,795 KB | Adobe Acrobat Doc... |
| METALLICA - ORION (MASTER OF PUPPETS 1986).mp3 | 13,721 KB | MP3 Format Sound |
| national accounts sop.pdf | 78 KB | Adobe Acrobat Doc... |
| newbizren08-10.xls | 3,111 KB | Microsoft Office Exc... |
| newsletter-sp2010.pdf | 3,055 KB | Adobe Acrobat Doc... |
| Passwords.doc | 32 KB | Microsoft Office Wo... |
| Payroll_project group.xls | 61 KB | Microsoft Office Exc... |
| PinMap_withkey_20061101.jpg | 692 KB | JPEG Image |
| Reaghan 6 Months.eml | 1,507 KB | Internet E-Mail Mes... |
| reunion.mpg | 9,016 KB | Movie Clip |
| Security Freeze Letter 12 09 09.doc | 32 KB | Microsoft Office Wo... |
| Skip Assign 12-26.xls | 6,022 KB | Microsoft Office Exc... |
| The.Office_S04E25.XviD.avi | 42,490 KB | Video Clip |
| TransUnion FICO.PDF | 207 KB | Adobe Acrobat Doc... |
| TRANSUNION REPORT PCT.PDF | 178 KB | Adobe Acrobat Doc... |
| work vpn instuctions.doc | 2,135 KB | Microsoft Office Wo... |
| WorkItemScopeDocument-ConfidentialV6.0.doc | 1,066 KB | Microsoft Office Wo... |

TIVSDNY - 009612

TIVERSA

# How does this happen?



**1**

**Misconfiguration**
during P2P application
set up process



**2**

**Altering**
**"Preferences"** after
P2P application is
installed



**3**

**Malware**

TIVSDNY - 009613

Not For Distribution

TIVERSA.

# Tiversa's Patented Technology

TIVSDNY - 009614

TIVERSA.

# P2P File-Sharing Networks Pose Unique Monitoring & Security Challenges

**WW Web**
*"Always On & Stable"*





Structured
Stable
Always On
Professionals
Software

**P2P File Sharing**
*"Transient & Fluid"*



Unstructured
Transient
On/Off
Individuals
Greyware

TIVSDNY - 009615

TI♦ERSA.

Page 13

# Tiversa's Patented Technology:

## Ability to view the P2P networks in their *entirety*

**Tiversa Technology Connected to Entire Network**



**Single User**
Maximum Connection - 3000 Nodes

TIVSDNY - 009616

TI ERSA.

# Tiversa EagleVisionX1 (EVX1) Systems



TIVSDNY - 009617

Page 15

# Evidence of P2P Cyber Criminal Activity

TIVSDNY - 009618

TI ERSA.

# Where are the malicious P2P users?
## P2P cyber criminals tracked by Tiversa in January 2011



• red - financial
• blue - medical
• green - corporate
• orange - child pornography


TIVERSA

Not For Distribution

TIVSDNY - 009619

# Tiversa Services

TIVSDNY - 009620

# P2P Network Search Information



**P2P Network Searches**
(recorded based on Customer DSP)

**Directed Searches**

- Search frequency
- Example: "*Acme Company Patents*"
- Suspicious / Non-Suspicious Rating – e.g. "*Acme Company board minutes*" vs. "*Acme Company TV commercial*"

**Non-Directed Searches**

- Search frequency
- Example: "*John Acme Greatest Hits*"
- Non-Directed Searches still pose a risk

**Search Results:**
Tiversa P2P Breach Detection™ Report

TIVERSA

TIVSDNY - 009621

# Tiversa P2P Monitoring Operational Flow




**DATA STREAMS**

QUERIES

FILE TITLES

FILE COPIES

ANALYTICS

GLOBAL P2P NETWORKS

### 1) Network Probing

• Customer provides Dynamic Signature Profile (DSP) terms to Tiversa (once)

• Tiversa systems probe the P2P networks using DSP Terms (24/7/365)

### 2) Detection & Analysis

• Files relating to customer are detected

• Tiversa analysts (CFA) issues 'Monitoring Disclosure Ticket' & provides disclosed files to customer

### 3) Real Time Notification

• Disclosure source identified

• File(s) and analysis sent to customer incident response team via alert notification/ticket

• Remediation strategy recommended

### 4) Remediation

**INTERNAL**
• File is within Customer or Business Partner's control and source is contacted

• Employee or Business Partner removes files from PC or deletes P2P Software

**Vulnerability closed.**

**EXTERNAL**
• Customer Requests an ISP Takedown (file is out of the customer's control)

• Tiversa CFA issues a Takedown Request to the ISP

• File is removed from network & source.

**Vulnerability closed.**

### 5) Post-Detection Monitoring

Tiversa continues to monitor P2P networks to ensure file removal was properly completed & that files do not re-appear

TIVSDNY - 009622

# Tiversa Deliverable – Disclosure Incident Ticket

## TI V ERSA.

**ID #ACME0001**

| SECTION 1 - Customer Information | |
|---|---|
| Organization Name | ACME |
| Contact Name | xxxxxxxxxxxx |
| Contact Phone | xxxxxxxxxxxx |
| Contact Email | xxxxxxxxxxxx@ACME.com |

| SECTION 2 - Incident Information | |
|---|---|
| Organization Name | ACME0001 |
| Related Tickets | N/A |
| Date of Incident | 1/1/2011 |
| Severity | Standard |

| SECTION 3 - Disclosure Information | |
|---|---|
| IP Address | xxx.xxx.xxx.xxx |
| P2P Client | Shareaza 2.5.3.0 |
| Disclosure Type | Supplier |
| Summary Disclosure Name/ID | John Smith (xxxxxxxxxxxx) |
| Disclosed Filenames | xxxxxxxxxxxx.xls<br>xxxxxxxxxxxx.pdf<br>xxxxxxxxxxxx.doc |

**SECTION 4 - Incident Summary**

On 1/1/2011, 3 files were detected being disclosed by what may be a supplier to ACME. The files appear to be xxxxxxxxxxxx, marked "Confidential." Upon reviewing the metadata and the files, Tiversa believes the disclosure source may be John Smith of xxxxxxxxxxxx. The disclosure source IP address appears to trace back to xxxxxxxxxxxx.

TIVSDNY - 009623



# Tiversa P2P Breach Detection™ Report

## 3.1 Source and File Disclosure Summary

### DISCLOSURE SOURCES



AUGUST 2010

Internal 3.23%
Supplier 21.43%
Customer 71.43%

Disclosure Sources     Total Sources = 3,750

## 4.0 Historic Trend Data Comparisons

The following section provides trend comparisons to previous reporting periods.

### 4.1 Historical Disclosure Summaries



AUGUST 2010

Disclosure Sources By Month     Total Sources = 2,750

## 3.2 Source and File Disclosure Detail

During the August reporting period, Tiversa observed and reported the disclosures listed in table 3-2-1.

### TABLE 3-2-1
### DISCLOSURE SOURCES AND FILES

| Disclosure Type | Unique Disclosure Sources | File Disclosures |
|---|---|---|
| Internal | 1 | 1 |
| Customer | 10 | 19 |
| Supplier | 3 | 13 |
| Total | 14 | 33 |

TIVSDNY - 009624



# Tiversa Forensics Services Example

TIVSDNY - 009625

TIVERSA

# Sensitive File is Disclosed on P2P and Detected
## "Project Diamond" – Application for Corporate Credit Cards



**Desktop Procedure**

**1.4 Application for Corporate Credit Cards**

**Process: Accounts Payable**

**Sub-process: Overheads**

**Location: Leicester, Unite**

*Version: Draft 0.2, 18 Septemb*

| Process | | | Date | |
|---|---|---|---|---|
| SOX Procedure Reference | | Not Applicable | Approved by date | |
| Frequency | | when requested | Modified by date | |

**Appendix 3**

JDE / Main Menu (Master Directory)

TIVSDNY - 009626

# What Forensic Data Points Do We Have?
## Multiple files disclosed…

- File Titles
- File Content
- File Metadata
- File Size & Date Created
- Date & Time Acquired on P2P Networks
- IP Address
- P2P Application Used

TIVSDNY - 009627

TI ERSA

# P2P Application Used

| fileextension | user_agent | ipaddress |
|---|---|---|
| ppt | BearShare 5.2.5.6 (Polska) | 83.238.100. |
| doc | BearShare 5.2.5.6 (Polska) | 83.238.100 |
| doc | BearShare 5.2.5.6 (Polska) | 83.238.100 |
| doc | BearShare 5.2.5.6 (Polska) | 83.238.100 |
| xls | BearShare 5.2.5.6 (Polska) | 83.238.100 |





kategoria: programy i gry / internet

## BearShare 5.2.5.6 PL

Poblerz plik

nazwa pliku: BSINSTALLPL.exe

dodano: 31.08.2006

pobrano: 291885          Popularny plik

>>> Pobieraj szybciej i     ocena redakcji:              4/5
więcej! <<<

md5: 56b94ddb36a7e33c19fc0bece31e5ff8

producent: Bearshare

licencja: adware

system operacyjny: Windows 9x/2000/XP/2003

rozmiar pliku: 3.49MB

ZAMÓW NA CD

TIVSDNY - 009628

TI ERSA

# Review IP Address Whois Info & Geo-Location



**IP Information for 83.238.100.49**

**IP Location:** Poland Hotele Warszawski Syrena Sp. Z O.o

**Resolve Host:** ip-83-238-100-49.netia.com.pl

**IP Address:** 83.238.100.49  W  R  P  D  T

**Blacklist Status:** Clear

**Whois Record**

```
inetnum:     83.238.100.32 - 83.238.100.63
netname:     HWSYRENA-WARSZAWA
descr:       Hotele Warszawskie Syrena Sp. z o.o.
descr:       Pl. Konstytucji 1
descr:       Warszawa
remarks:     ---------------------------------
remarks:     In case of abuse from our address range
remarks:     please contact    abuse@inetia.pl
remarks:     ---------------------------------
country:     PL
admin-c:     BJ696-RIPE
tech-c:      NM1264-RIPE
```



TIVSDNY - 009629

TIVERSA

Page 27

# All Files Disclosed & Downloaded From Source

## Review All File Metadata For Trends

| File Title | Date | Author | Saved By | Company |
|---|---|---|---|---|
| PAA Compliance Presentation.ppt | 6/2/2005 | land | | |
| Due Diligence Objectives.doc | 4/12/2008 | 41443 | Adam J | |
| Due Diligence Workbook - v3.0 090100.doc | 4/25/2008 | 41443 | Adam J | |
| IC_customers.xls | 10/9/2002 | Adam J | Adam J | |
| Phone groups and numbers.xls | 9/19/2007 | Adam J | Adam J | |
| RFI interim Payroll draft 0.1.doc | 6/13/2007 | Adam J | Adam J | |
| RFI interim Payroll draft 1.0.doc | 6/13/2007 | Adam J | Adam J | |
| RFI Recruitment Services draft 0.1.doc | 6/13/2007 | Adam J | Adam J | |
| RFI Recruitment Services draft 1.0.doc | 6/13/2007 | Adam J | Adam J | |
| IP US AR Due Diligence Draft v0.4.doc | 2/5/2008 | Adam J | Adam J | |
| IP US AR Due Diligence Draft v0.3.doc | 2/4/2003 | Adam J | Adam J | |
| 070501Diamond_Business_Case_Actual vs Forecast draft 1.0.xls | 4/5/2006 | Adam J | Adam J | |
| 070501Diamond_Business_Case_Actual vs Forecast draft Lab costs.xls | 4/5/2006 | Adam J | Adam J | |
| Due Diligence Overview.ppt | 1/8/2008 | Bryan D. | Adam J | |
| Due Diligence Overview - Master.ppt | 1/8/2000 | Bryan D. | Adam J | |
| GAS SLA OLA Credit Cards draft 1.0.doc | 7/29/2008 | Full Name | Adam J | |
| 03.29 - Actual Phase 3_29th Mar - v0.1 (with forecast) AJ.xls | 5/14/2008 | Jakub | Adam J | |
| 03.07 - Actual Phase 3_7th Mar - v0.1 - FORECAST PL update.xls | 5/14/2007 | Jakub | Adam J | |
| 03.07 - Actual Phase 3_7th Mar - v0.3 - FORECAST to Sep AJ update.xls | 5/14/2007 | Jakub | Adam J | |
| Due Diligence Assumptions.doc | 4/25/2001 | Jodi | Adam J | |
| FR-CO-P03-T06-Payment Processing 10 Apr review.doc | 4/10/2008 | Mark | Adam J | |
| HR Due Diligence Data Gathering Checklist.doc | 4/25/2001 | Mary | Adam J | |
| Recruitment Pipeline AJ.xls | 5/12/2008 | Mattijs | Adam J | |
| Recruitment Pipeline_final AJ update.xls | 5/12/2008 | Mattijs | Adam J | |
| Recruitment Pipeline_final _BEN_GAS_June (2).xls | 5/12/2008 | Mattijs | Adam J | |
| Common Customers IP Europe.xls | 2/6/2002 | pod | Adam J | |
| Due Diligence - Procurement.xls | 4/28/2008 | | Adam J | |
| | | LLP | | |
| Due Diligence CheckList.doc | 4/25/2001 | | Adam J | |
| | | LLP | | |



Last saved by: Adam J
Revision number:
Total editing time:

Last saved by: aj    001
Revision number:    3
Total editing time:   39 Minutes

Author:   aj    001
Manager:
Company:

Author:   Adam J
Manager:
Company:



TIVSDNY - 009630

# Review Content of All Documents Disclosed



TIVSDNY - 009631

TI\/ERSA

Page 29

# Possible Disclosure Source's Resume Disclosed



TIVSDNY - 009632

# Conduct General Web Searches





TIVERSA

# Next steps…

- **Start date:** Monday, March 21, 2011

- **Current terms:** "ATI" and "Allegheny Technologies Incorporated ", Others?...

- Complete *Tiversa DSP Enrollment Form* (50 term max.)

- Provide ATI POC and Ticket/Report delivery e-mail

- Agree on e-mail encryption and exchange keys/password (PGP, Entrust, or password-protected Zip)

- Draft "P2P Policy" for both employees and suppliers/partners

- Consider web/executable blocking (Tiversa can provide Quarterly list)

- Tiversa Team
  - *Keith Tagliaferri – Tiversa Account Manager and primary State Street POC*
  - *Mike Carulli – Senior Cyber Forensic Analyst*
  - *Orion Czarnecki - Cyber Forensic Analyst*
  - *Andy Tormasi - Federal Project Manager and Cyber Forensic Analyst*
  - *Dan Kopchak – VP Finance*
  - *Molly Trunzo - Executive Assistant to the CEO / Invoicing & Billing*

TIVERSA

TIVSDNY - 009634

TIVSDNY - 009635

# Probable Disclosure Source Identified…

- Match data, unique employee ID #, pictures, etc. to suspect

- Match Tiversa file listing to files found on suspect's hard drive

- Locate P2P application on suspect's machine (BearShare 5.2.5.6 Polska)

- Review Logs
  - *Network monitoring logs*
  - *DLP logs*

- Interview suspect

TIVSDNY - 009636

TI  ERSA

# Next Steps…

- Search P2P networks to determine if files are in possession of others (cyber criminals, information concentrators, competitors, etc.)

- Monitor P2P networks to ensure that files do not re-appear from suspect's IP/machine

- Educate workforce (use P2P data disclosure as a case study)

- Create/revise P2P policies

- Revise supplier/partner agreements to cover P2P disclosures

- Tweak prevention and detection tools

- Block web access to P2P application download websites

- Monitor for P2P network searches and files

TIVSDNY - 009637

TIVERSA