# Exhibit M

FD-302a (Rev. 05-08-10)

318B-WF-6434804

Continuation of FD-302 of  (U) Interview of [____] 7/20/16 ,On 07/20/2016 ,Page 5 of 10

b6
b7C

[____] asked the crowd if a certain person was present. He then asked if the PII he had was accurate. [____] falsely claimed that he found the info on P2P networks.

## BOIES SCHILLER & FLEXNER (BOIES SCHILLER)

[____] thought that one of the first tickets or assessments should be files related to AMEX. On conference calls with [____] AMEX, and BOIES SCHILLER, AMEX put pressure on BOIES to sign up for TIVERSA's services.

Ticket 3 - The IP address for Australia was false and the file was never located on the P2P network. [____] was the analyst for BOIES during this time. [____] downloaded this file from a hacking website. [____] told them that they needed to get something out right away.

Ticket 8 - [____] told [____] about the Adobe hack and told him to get the information into the data store. [____] told him "let's make hay out of this." [____] knew this was originally downloaded from the hack. [____] made up the Russian IP address to give the appearance that it was their information was located in a foreign country. [____] could not recall a specific conversation with [____].

## TRANSPORTATION SECURITY ADMINISTRATION (TSA)

[____] secured the TSA contract and was promised a bonus. There was a fallout between [____] because [____] did not pay [____] his bonus. This was when the relationship between the two started to deteriorate.

Ticket 1 - The client LimeWire 4.12.3 was made up.

Ticket 73 - The note section of this ticket claiming that "emanating from a separate IP location" was not true. [____] from TSA was very concerned about this ticket. [____] knew that the files were leaked from a TSA employee located in Houston. [____] heard [____] tell [____] that the files spread to Bogota, Columbia, and Yemen, which was not true. Once the contract was signed, [____] assigned the account to [____] because [____] was concerned that [____] would give TSA too much information for free.

Ticket 8 - There was checked bag document that was leaked from the Houston TSA employee. None of the TSA documents spread anywhere. [____] told either Congress or the media about this document spreading. [____] recalled a document explaining where a bomb could be hidden on a plane and go undetected. [____] testified to congress about this document and claimed that it had spread.

FD-302a (Rev. 05-08-10)

318B-WF-6434804

Continuation of FD-302 of (U) Interview of ▮▮▮▮▮ 7/20/16 , On 07/20/2016 , Page 6 of 10    b6 b7C

▮▮▮ recalled falsely spreading a document related to TSA security procedures. ▮▮▮ wrote a memo to DHS IG and TSA regarding this document.

▮▮▮ recalled a TSA attorney requesting TIVERSA to not list the IP address on any tickets.

Ticket 103 - This ticket was a repeat disclosure. ▮▮▮ thought it was false spread because it was at the end of a contract. ▮▮▮ was not employed at TIVERSA at this time.

Ticket 100 (29, 36, 45, 67, 71) This ticket was a repeat disclosure. ▮▮▮ thought it was false spread because it was at the end of a contract. ▮▮▮ was not employed at TIVERSA at the time.

SHERWIN WILLIAMS

Documents in the "Final" folder were a result of a real leak of a person located in Westlake, Ohio who worked for SHERWIN WILLIAMS. The IP address originating from Nigeria was false. In ▮▮▮ Cranberry office, ▮▮▮ told ▮▮▮ to create false spread. Initially, ▮▮▮ was in the room but left shortly after. ▮ told ▮▮▮ that ▮▮▮ was "too stupid" to be involved with this client. The summary in ticket 1 was written by ▮▮▮ and listed the false IP address originating from Nigeria. Durathane was SHERWIN WILLIAMS's new paint. Ticket 2 was true.

ARAB NATIONAL BANK (ANB)

Ticket 2 - ▮▮▮ was ▮▮▮ and stopped by ▮▮▮ called ▮▮▮ for one hour which caused ▮▮▮ went into the office after the call and created a ticket at ▮▮▮ request which showed an IP address from an information concentrator originating from China. The ticket with the false IP address was sent to ANB. ▮▮▮ attempted to get ANB to sign up for services, however, ▮▮▮ thought he was unsuccessful.

LINDERS GREENHOUSE

▮▮▮ could not recall why a Wisconsin IP address was associated with this ticket. It appeared to be an information concentrator. ▮▮▮ suggested talking to ▮▮▮.

OPEN DOOR CLINIC

In ▮▮▮ Cranberry office, ▮▮▮ told ▮▮▮