```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA ex rel.           :
MICHAEL J. DAUGHERTY,                      :
                                           :      14cv4548(DLC)
                  Plaintiff,               :
                                           :      ORDER
      -v-                                  :
                                           :
TIVERSA HOLDNG CORP., TIVERSA              :
GOVERNMENT INC., and ROBERT BOBACK,        :
                                           :
                  Defendants.              :
                                           :
------------------------------------------X
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/2019

DENISE COTE, District Judge:

On September 3, 2019, defendants Tiversa Holding Corp. and Tiversa Government Inc. ("Tiversa") and defendant Robert Boback ("Boback") filed motions for reasonable attorneys' fees and expenses following the voluntary dismissal of this <u>qui tam</u> action by relator Michael J. Daugherty ("Daugherty"). Having reviewed the parties' submissions, and having a detailed understanding of the facts and circumstances of this action, it is hereby

ORDERED that Tiversa and Boback's motions for reasonable attorneys' fees are denied.

SO ORDERED:

Dated: New York, New York
November 26, 2019

                                                          DENISE COTE
                                       United States District Judge